# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MAXIMUS US SERVICES, INC.

VERSUS

DR. COURTNEY N. PHILLIPS, IN
HER OFFICIAL CAPACITY AS THE
SECRETARY OF THE LOUISIANA
DEPARTMENT OF HEALTH

NO.  2025 CW 0475

**JULY 28, 2025**

---

In Re:   Louisiana Department of Health, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 713723.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** This court requires a copy of the pertinent hearing transcript, all evidence admitted at that hearing and the pleadings and ruling on the motion for new trial.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before August 27, 2025, and must contain a copy of this ruling.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT